**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXIS SOLANO ABRAHAM, | Case No.:  26cv2155 DMS AHG |
| Petitioner, | **ORDER REQUIRING RESPONSE** |
| v. | |
| CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center; DANIEL A. BRIGHTMAN, San Diego Field Office Director U.S. Immigration and Customs Enforcement (ICE); MARKWAYNE MULLIN, U.S. Secretary of Homeland Security; TODD BLANCHE, Acting Attorney General of the United States, U.S. Attorney General; TODD LYONS, Acting Director, U.S. ICE, | |
| Respondents. | |

On April 6, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  Respondents shall file their response to the Petition on or before **April 14, 2026**.  Petitioner shall file his reply on or before **April 17, 2026**.  Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondents, their officers, agents, servants, employees,

1

attorneys, and other persons who act in concert or participation with Respondents **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

    **IT IS SO ORDERED**.

Dated:  April 7, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

26cv2155 DMS AHG