**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXIS SOLANO ABRAHAM,<br><br>                                    Petitioner,<br><br>      v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center; DANIEL A. BRIGHTMAN, San Diego Field Office Director U.S. Immigration and Customs Enforcement (ICE); MARKWAYNE MULLIN, U.S. Secretary of Homeland Security; TODD BLANCHE, Acting Attorney General of the United States, U.S. Attorney General; TODD LYONS, Acting Director, U.S. ICE,<br><br>                                    Respondents. | Case No.:  26cv2155 DMS AHG<br><br>**ORDER GRANTING PETITION** |

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return to the Petition stating they "do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (Return at 2.) Accordingly, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration judge within fourteen (14) days of this Order unless

1

Petitioner requests a continuance. At that bond hearing, the Government shall have the burden of proving by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight if released on bond. The parties shall file a Joint Status Report within twenty-one (21) days of this Order's entry confirming Petitioner received a bond hearing and setting out the results thereof.

    **IT IS SO ORDERED**.

Dated:  June 1, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

26cv2155 DMS AHG